UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHNATHAN ARTHURTON, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:25-cv-02708 |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| CARMAX AUTO FINANCE and THE PNC FINANCIAL SERVICES GROUP, INC, | § | |
| Defendants. | § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Plaintiff Johnathan Arthurton proceeds here *pro se*. Defendants The PNC Financial Services Group, Inc, and CarMax Auto Finance, separately moved to dismiss Plaintiff's claims. Dkts 12 & 15.

This action was referred to Magistrate Judge Christina Bryan. Pending is a Memorandum and Recommendation stating that the motions to dismiss should be granted because (i) Plaintiff failed to respond and thus, the motions are unopposed under Local Rule 7.4, and (ii) the complaint fails to state claims upon which relief can be granted. See Dkt 19. The Magistrate Judge further recommends that dismissal be with prejudice because amendment be futile in light of precedent rejecting the theory on which the claims are based. Id at 13.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other

portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 19.

The motions to dismiss by Defendants The PNC Financial Services Group, Inc, and CarMax Auto Finance, are GRANTED. Dkts 12 & 15.

The complaint is DISMISSED WITH PREJUDICE. Dkt 1.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on December 5, 2025, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge